UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION

18-md-2865 (LAK)

This document applies to:   All Cases
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-23-2020

## PRETRIAL ORDER NO. 14
(Status Reports, Status Conference, and Other Matters)

LEWIS A. KAPLAN, *District Judge.*

1. The Court will hold a status conference on **March 5, 2020** in Courtroom 21B at 2:15 pm. Among the topics to be discussed will be:

    a. The schedule for further proceedings in these cases including but not limited to completion of discovery, summary judgment motions, completion of a joint pretrial order or orders, and stipulations of fact.

    b. The status of requests for international judicial assistance.

    c. The status of document production, discovery of electronically stored information, and depositions.

    d. Enumeration of reasonably foreseeable discovery that the parties contemplate taking.

    e. Procedures for streamlining discovery including such options as standard documents requests, interrogatories and requests for admissions from plaintiff to defendants and *vice versa.*

    f. Procedures for minimizing duplicative summary judgment papers

2

including such options as exchange of outlines of proposed motions in advance of preparation and filing of motions, joint briefing, and formulation of a statement of undisputed material facts common to all cases or to a few groups of cases as a prerequisite to the filing of summary judgment motions.

   g. The possible selection and trial of one or more bellwether cases.

   h. Mediation and/or settlement.

  2. Counsel for the parties shall confer on the topics enumerated in paragraph 1 and such other matters as may be of mutual interest with a view to reaching agreement to the extent possible.

  3. On or before **February 26, 2020**, the parties shall file a joint status report covering all of the above topics to the extent possible or, failing agreement on a single joint status report, separate statements on matters as to which agreement is not reached.

  SO ORDERED.

Dated:  January 23, 2020

              /s/ Lewis A. Kaplan
              Lewis A. Kaplan
              United States District Judge
